UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEAN CLAUDE BRUNACHE, et al.,<br><br>Defendants. | Case No. 20-cv-03638-EMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Docket Nos. 26 |

Pending before this Court is Magistrate Judge Tse's report and recommendation ("Report") to grant in part and deny in part Plaintiff Travelers Casualty and Surety Company of America's ("Travelers's") motion for default judgment on its claims against Defendants Jean Claude Brunache and Pamela Wright Brunache, for breach of an indemnity agreement.  *See* Docket No. 26.

Objections to the Report were due on January 27, 2021, fourteen days after Defendants were served with a copy of the Report on January 13, 2021.  *See* Docket No. 28.  No party has submitted an objection to the Report.  The Court has reviewed Magistrate Judge Tse's Report and finds it correct, well-reasoned, thorough, and adopts it in every respect.

Accordingly, the Court hereby **GRANTS in part** and **DENIES in part** Plaintiff's motion for default judgment, Docket No. 21, as follows:

(1)   Defendants must pay $3,103,028.41 in damages and $459,484.33 in pre-judgment interest;

(2)   Plaintiff is not entitled to injunctive relief or specific performance.

1    This order disposes of Docket Nos. 26 and 21.  Plaintiff shall serve this order on

2 Defendants and file a proof of service with the Court shortly thereafter.

3

4    **IT IS SO ORDERED**.

5

6 Dated: February 10, 2021

7

8 _____

9 EDWARD M. CHEN
United States District Judge